Certificate Number: 03088-PAE-DE-028069123

Bankruptcy Case Number: 16-13329



03088-PAE-DE-028069123

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2016, at 3:57 o'clock AM CDT, Barbara A Schell completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 16, 2016             By:   /s/Doug Tonne

                                        Name: Doug Tonne

                                        Title: Counselor