United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 16-13329-amc
Barbara Schell                                                                Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey                   Page 1 of 1                   Date Rcvd: Jan 30, 2018
                              Form ID: pdf900                Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2018.
db         +Barbara Schell,    964 Station Avenue,    Floor 1,    Bensalem, PA 19020-5718
cr         +Collins Asset Group, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
          Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Jan 31 2018 01:46:43     City of Philadelphia,
          City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
          Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2018 01:46:16     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
          Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 31 2018 01:46:41     U.S. Attorney Office,
          c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2018 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Debtor Barbara   Schell brad@sadeklaw.com,    bradsadek@gmail.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Barbara Schell<br>                Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>                Movant<br>vs. | NO. 16-13329 amc |
| Barbara Schell<br>                Debtor(s) | |
| William C. Miller Esq.<br>                Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the lien held by the Movant on the Debtor's vehicle is $462.00, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | December 2017 through January 2018 at $377.75 |
| Suspense Balance: | ($293.50) |
| **Total Post-Petition Arrears** | **$462.00** |

2. The Debtor(s) shall cure said arrearages in the following manner;

   a) By January 31, 2018, Debtor(s) shall tender a payment of **$462.00.**

   b) Beginning on February 23, 2017, Debtor(s) shall pay the present regular monthly payment of **$377.75** on the loan thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the loan and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: January 12, 2018

By: /s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734

Date: 1/23/18

Brad J. Sadek Esq.
Attorney for Debtor(s)

Date: 1-24-18

William C. Miller Esq. JACK MILLER   No objection
Chapter 13 Trustee

Approved by the Court this 30th day of January, 2018. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Ashely M. Chan