B283 (Form 283) (04/13)

# UNITED STATES BANKRUPTCY COURT

__EASTERN__ District Of __PENNSYLVANIA__

In re __BARBARA SCHELL__              Case No. __16-13329__
       Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

[☑] I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ] I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

[☑] I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

[ ] I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

*\*Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  Dec 22, 2020                              Richard Solo (Dec 22, 2020 11:50 EST)
              _____                              _____
                 Date                                              Debtor

# RE: End of Case Procedure -- Domestic Support Obligation Certification

Final Audit Report                                                                                           2020-12-22

| | |
|---|---|
| Created: | 2020-12-22 |
| By: | Tiffany Tavella (info@sadeklaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAfbXb9aSPuAzeYZlzezhCvqukCUWX4fyu |

## "RE: End of Case Procedure -- Domestic Support Obligation Certification" History

- Document created by Tiffany Tavella (info@sadeklaw.com)
  2020-12-22 - 3:39:07 PM GMT- IP address: 108.16.207.33

- Document emailed to Barbara Schell (shortstack112761@gmail.com) for signature
  2020-12-22 - 3:40:13 PM GMT

- Email viewed by Barbara Schell (shortstack112761@gmail.com)
  2020-12-22 - 4:37:54 PM GMT- IP address: 74.125.210.17

- Document e-signed by Barbara Schell (shortstack112761@gmail.com)
  Signature Date: 2020-12-22 - 4:50:33 PM GMT - Time Source: server- IP address: 172.58.203.46

- Agreement completed.
  2020-12-22 - 4:50:33 PM GMT

Adobe Sign