United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Barbara Schell  
    Debtor

Case No. 16-13329-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 02, 2021 | Form ID: 138OBJ | Total Noticed: 25 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Barbara Schell, 964 Station Avenue, Floor 1, Bensalem, PA 19020-5718 |
| 13725121 | + | A-1 Collections Service, 101 Grovers Mill Rd, Lawrenceville, NJ 08648-4706 |
| 13725122 | + | Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 13773094 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13828689 | + | Collins Asset Group, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 13725129 | + | Philadelphia Federal Credit Union, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 13725133 | + | Toyota Motor Credit Co, 240 Gibraltar Rd, Ste 260, Horsham, PA 19044-2387 |
| 13777675 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13725134 | + | Wells Fargo Card Services, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 13801747 | + | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 02 2021 23:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 02 2021 23:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 02 2021 23:27:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13725123 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 02 2021 23:37:04 | Capital One Bank USA, 15000 Capital One Dr, Richmond, VA 23238 |
| 13746221 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 02 2021 23:37:04 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13725124 | + | Email/Text: bnc@bass-associates.com | Aug 02 2021 23:27:00 | Collins Asset Group, 5725 W Highway 290, Ste 1, Austin, TX 78735-8722 |
| 13725126 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2021 23:37:04 | Macys DSNB, 9111 Duke Boulevard, Mason, OH 45040 |
| 13725125 | + | Email/Text: csd1clientservices@cboflanc.com | Aug 02 2021 23:27:00 | Lanc Collections, 218 West Orange St, Lancaster, PA 17603-3746 |
| 13725128 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 02 2021 23:27:00 | Midland Funding, 2365 Northside Dr Ste 30, Ste 30, San Diego, CA 92108-2709 |
| 13725127 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 02 2021 23:27:00 | Midland Funding, 2365 Northside Dr, Ste 30, San Diego, CA 92108-2709 |
| 13749354 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 02 2021 23:27:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 02, 2021 | Form ID: 138OBJ | Total Noticed: 25

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13725130 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 02 2021 23:37:11 | | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502 |
| 13802076 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 02 2021 23:37:11 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13725131 | + | Email/PDF: gecsedi@recoverycorp.com Aug 02 2021 23:37:07 | | Synchrony Bank, P.O. Box 965024, Orlando, FL 32896-5024 |
| 13725132 | | Email/Text: bankruptcy@td.com Aug 02 2021 23:27:00 | | TD Bank N.A., 70 Gray Rd, Portland, ME 04105 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13777676 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Barbara Schell brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Barbara Schell
        Debtor(s)

Case No: 16−13329−mdc
Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/2/21

45 − 44
Form 138OBJ